UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Wilbert Leslie,

    Petitioner

v.

Jeremy Bean, et al.,

    Respondents

Case No. 2:24-cv-01985-CDS-MDC

Order Dismissing Petition and Denying as Moot Petitioner's Motion for Appointment of Counsel

[ECF Nos. 1, 1-1, 2]

    Petitioner Wilbert Leslie has submitted a pro se petition for writ of habeas corpus. ECF No. 1-1. Because he filed an incomplete application to proceed *in forma pauperis*, the Court directed him, within thirty days, to either (1) pay the $5.00 filing fee or (2) submit a fully completed application to proceed *in forma pauperis* by an incarcerated person, with the financial certificate completed and signed by an authorized officer and an inmate account statement for the past six months. ECF No. 4. That order was served on Leslie at his address of record. *Id.* The deadline has passed, and Leslie has failed to comply with the order or contact the Court in any way.

**Conclusion**

    It is therefore ordered that the Clerk of Court detach and file the petition for writ of habeas corpus **[ECF No. 1-1]**, which is **dismissed without prejudice**.

    It is further ordered that the application for leave to proceed *in forma pauperis* **[ECF No. 1] is denied**, and the ex parte motion for appointment of counsel **[ECF No. 2]**[1] **is denied as moot**.

    It is further ordered that a certificate of appealability will not issue.

    The Clerk of Court is kindly directed to (1) update the docket to reflect the petitioner's true name, Wilbert Leslie; (2) unseal the ex parte motion for appointment of counsel; (3) enter judgment accordingly; and (3) close this case.

Dated: February 5, 2025

Cristina D. Silva
United States District Judge

---

[1] It is unclear why the motion for appointment of counsel was filed on an ex parte basis. Having reviewed the motion, the court sees no reason why it was filed ex parte and therefore directs the clerk's office to make this filing available to the public.